## KRESGE CO v TRESTER

Ohio Supreme Court

No 22460. Decided Feb. 25, 1931

Marshall, CJ, Jones, Matthias, Allen, Kinkade and Robinson, JJ, concur.

Full opinion will be published later. Watch **Omnibus Index.**